**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 17-1536**

———————————

KOBI J. MULLINS,

      Plaintiff - Appellant,

      v.

WELLS FARGO BANK, N.A.; SAMUEL I. WHITE, P.C.; SHUTTLEWORTH, RULOFF, SWAIN, HADDAD & MORECOCK, PC,

      Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:16-cv-00841-REP)

———————————

Submitted: July 20, 2017                     Decided: July 24, 2017

———————————

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Kobi J. Mullins, Appellant Pro Se. Terry Catherine Frank, KAUFMAN & CANOLES, PC, Richmond, Virginia; Michele Adams Mulligan, GOLIGHTLY MULLIGAN PLC, Richmond, Virginia; Samuel I. White, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kobi J. Mullins appeals the district court's order dismissing his complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Mullins v. Wells Fargo Bank, N.A.*, No. 3:16-cv-00841-REP (E.D. Va. Mar. 30, 2017). We also deny Mullins' motion to add a party. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*